UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HUNT,<br><br>    Plaintiff,<br><br>    v.<br><br>J. KRAMER, et al.,<br><br>    Defendants. | No. 2:18-cv-3025 JAM KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel. On September 17, 2019, plaintiff filed a motion for an additional 120 day stay of this action. Plaintiff states that he was to be transferred to the Los Angeles County Jail for a resentencing hearing scheduled for September 24, 2019. At present, defendants' motion to dismiss is fully briefed and no additional filing by plaintiff is required at this time. Moreover, the inmate locator website operated by the California Department of Corrections and Rehabilitation ("CDCR") reflects that plaintiff was still housed in state prison as of September 30, 2019.[1] If plaintiff is transferred from CDCR to a different institution, he should file a notice of change of address. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Plaintiff has failed to demonstrate good cause for a 120 day stay of this action.

---

[1] The website is http://inmatelocator.cdcr.ca.gov/default.aspx (accessed September 30, 2019).

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for stay (ECF No. 36) is denied without prejudice.

Dated: October 1, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hunt3025.den